IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KRISTINA LEE STRUBLE BRUSH, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-10-5016 |
| WELLS FARGO BANK, N.A., *et al.*, | § § | |
| Defendants. | § § | |

### ORDER OF DISMISSAL OF DEFENDANT
### REX KESLER, SUBSTITUTE TRUSTEE

Defendant Rex Kesler, Substitute Trustee, has moved to dismiss. (Docket Entry No. 6). The plaintiff has responded that she has no opposition and does not intend to pursue claims against this defendant.

The Motion to Dismiss filed by defendant Rex Kesler, Substitute Trustee, is granted. The claims asserted by Kristina Lee Struble Brush against Rex Kesler, Substitute Trustee, are dismissed.

SIGNED on May 20, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge